IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD LEROY TURNER                                             PLAINTIFF

V.                          CASE NO. 5:16-CV-5071

NURSE PRACTITIONER KELLEY OLIVER,
Karas Care; DEPUTY ROB BABIONE (Badge 493);
CORPORAL TIM CAUDLE (Badge 431);
OFFICER JOE STANDROD (Badge 516);
SERGEANT C. MITCHELL; and
LIEUTENANT FOSTER                                    DEFENDANTS

ORDER

Comes on for consideration the Report and Recommendation (Doc. 70) filed in this case on July 12, 2017, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motions for Summary Judgment (Doc. 50 and Doc. 53) are **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 8th day of August, 2017.

                                                       TIMOTHY L. BROOKS
                                                       UNITED STATES DISTRICT JUDGE